**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                 :        CHAPTER 13
                                       :
Eugene N. McHugh                       :
                                       :
    Debtor 1                           :
                                       :        CASE NO: 1:18-bk-03700-RNO
Deborah R. McHugh                      :
                                       :
    Debtor 2                           :

## <u>ORDER</u>

The Debtors' Motion for an Extension of Time within which to file the Chapter 13 Schedules, Statements, Plan, Payment Advices, and other required documents in connection with the Chapter 13 case, having come this day to be heard, and good cause therefore appearing; it is hereby

ORDERED, that the time within which the Debtors are required to file the Schedules, Statements, Plan, Payment Advices, and other required documents be, and the same hereby is, extended to and including October 17, 2018.