In re:                                                          Case No. 18-03700-RNO
Eugene N McHugh                                                 Chapter 13
Deborah R. McHugh
        Debtors            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh        Page 1 of 2        Date Rcvd: Sep 26, 2018
                             Form ID: ntnew341      Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb        +Eugene N McHugh,   Deborah R. McHugh,   1 Rumford Way,   Mechanicsburg, PA 17050-4115
5103659       +AMEX,   200 Vesey Street.,   New York, New York 10285-1000
5110498        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
5103660       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANKAMERICA,   ACCT#,   PO BOX 982238,   EL PASO, Texas 79998)
5103661       +BARCLAYS BANK DELAWARE,   100 West St,   Wilmington, Delaware 19801-5015
5103673       +Bureau of Employer Tax Operations,   PO Box 68568,   Harrisburg, PA 17106-8568
5103663       +CBNA,   701 EAST 60TH STREET,   SIOUX FALLS, South Dakota 57104-0432
5103664       +CHASE CARD,   P.O. Box 15298,   Wilmington, Delaware 19850-5298
5103665       +CITI,   POB 6241,   SIOUX FALLS, South Dakota 57117-6241
5103668       +FNB OMAHA,   P.O. Box 2557,   Omaha, Nebraska 68103-2557
5103670        NAVIENT,   P.O. Box 740351,   Atlanta, Georgia 30374-0351
5103675       +Office of Attorney General,   Financial Enforcement,   Section, Stra,
               Harrisburg, PA 17120-0001
5103671       +TD BANK USA/TARGETCRED,   3901 West 53rd Street.,   Sioux Falls, South Dakota 57106-4221
5103676       +U.S. Department of Justice,   PO Box 227, Ben Franklin Station,   Washington, DC 20044-0227
5103672       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK,   425 Walnut Street,   Cincinnati, Ohio 45202)
5103678        United States Attorney,   PO Box 11754,   Harrisburg, PA 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2018 19:13:29
               BMW Bank of North America, c/o AIS Portfolio Servi,   4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
5103658        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 26 2018 19:07:15     American Honda Finance,
               20800 Madrona Avenue,   Torrance, California 90503
5108838        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 26 2018 19:07:15
               American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
               Irving, TX 75016-8088
5105072       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2018 19:13:39
               BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
5103662       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 26 2018 19:13:30     BMW Financial Services,
               5550 Britton Pkwy,   Hilliard, OH 43026-7456
5103667       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2018 19:07:08     COMENITYCB/BOSCOV,
               P.O.l Box 182273,   Columbus, Ohio 43218-2273
5103666        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2018 19:07:08     ComenityBK/TotalVS's,
               PO Box 182273,   Columbus, OH 43218-2273
5110572        E-mail/Text: mrdiscen@discover.com Sep 26 2018 19:07:03     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5103674        E-mail/Text: cio.bncmail@irs.gov Sep 26 2018 19:07:04     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
5103669        E-mail/Text: camanagement@mtb.com Sep 26 2018 19:07:08     M & T BANK,   P.O. Box 1288,
               Buffalo, New York 14240-1288
5103677        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2018 19:07:09     PA Department of Revenue,
               Department 280946, Attn:Bankruptcy,   Harrisburg, PA 17128-0946
5104060       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 19:13:29
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 12


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene N McHugh,

**Debtor 1**

Deborah R. McHugh,

**Debtor 2**

Chapter          13

Case No.          1:18−bk−03700−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: November 1, 2018<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2018 |

ntnew341 (04/18)