United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Eugene N McHugh  
Deborah R. McHugh  
    Debtors

Case No. 18-03700-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: KADavis     Page 1 of 1     Date Rcvd: Oct 05, 2018  
                        Form ID: ntfp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5115377       +E-mail/Text: dplbk@discover.com Oct 05 2018 19:05:56      Discover Personal Loans,  
        PO Box 30954,   Salt Lake City, UT 84130-0954  
                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:  
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
           James   Warmbrodt    on behalf of Creditor    M&T BANK   bkgroup@kmllawgroup.com  
           John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh   jmh@johnhyamslaw.com,  
            acb@johnhyamslaw.com,eah@johnhyamslaw.com  
           John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh   jmh@johnhyamslaw.com,  
            acb@johnhyamslaw.com,eah@johnhyamslaw.com  
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                  TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene N McHugh

**Debtor 1**

Chapter 13

Case number 1:18–bk–03700–RNO

Deborah R. McHugh

**Debtor 2**

## Notice To Filing Party

**Please take notice that:**

The PDF document attached to the Claim #6 appears to pertain to a different case, does not relate to your claim, or was otherwise filed in error. Please review the claim and take the appropriate corrective action (e.g., withdraw or amend the claim). Claims may be amended or withdrawn using the electronic proof of claim system (ePOC) found at http://www.pamb.uscourts.gov.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 5, 2018 |

ntfp(05/18)