| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| W-C | 001050 | 000060 | | 00000280227 | 1 |

# EARNINGS STATEMENT

ADP

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.
123 WILLIAM STREET 10TH FLOOR
NEW YORK NY 10038

Period Beginning: 06/23/2018
Period Ending: 07/06/2018
Pay Date: 07/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

DEBORAH R MCHUGH
1 RUMFORD WAY
MECHANICSBURG PA 17050

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 76.0588 | 56.00 | 4,259.29 | 61,531.57 |
| Holiday | 76.0588 | 7.00 | 532.41 | |
| Vacation | 76.0588 | 7.00 | 532.41 | 5,856.52 |
| Personal | | | | 456.35 |
| Sick | | | | 836.65 |
| **Gross Pay** | | | **$5,324.11** | 74,537.60 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -818.22 | 11,649.84 |
| Social Security Tax | | -313.16 | 4,398.77 |
| Medicare Tax | | -73.23 | 1,028.74 |
| PA State Income Tax | | -153.47 | 2,155.86 |
| Hampden Twp Income Tax | | -79.99 | 1,123.50 |
| PA SUI/SDI Tax | | -3.19 | 44.72 |
| **Other** | | | |
| Ad&Dee | | -1.04 | 14.56 |
| Ad&Dsp | | -0.25 | 2.33 |
| Dental | | -24.98* | 349.72 |
| Deplifsp | | -10.44 | 98.71 |
| Ecc Cont Campai | | -25.00 | 350.00 |
| Healthcare | | -101.92* | 1,426.88 |
| Ltd | | -20.23 | 283.22 |
| Medical | | -198.07* | 2,538.85 |
| Optlife | | -61.72 | 864.08 |
| Std | | -6.69 | 93.66 |
| 401K Cont | | -532.41* | 7,453.74 |
| **Net Pay** | | **$2,900.10** | |

| Other | this period | year to date |
|---|---|---|
| Chking | -2,900.10 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 51.84 | 725.76 |
| All Ee Match | | 725.76 |
| Basic Er Mch 3% | | 2,236.08 |
| 3% Disc Er Cont | | 2,236.08 |
| Holiday Balance | | 7.00 |
| Personal Balanc | | 14.00 |
| Sick Balance | | 455.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-541-7800

© 2000 ADP, LLC

---

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.
123 WILLIAM STREET 10TH FLOOR
NEW YORK NY 10038

Advice number: 00000280227
Pay date: 07/13/2018

Deposited to the account of
DEBORAH R MCHUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx8244 | xxxx xxxx | $2,900.10 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| | | | | |
|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 020 |
| W-C | 001050 | 000060 | | 0000300231 1 |

# EARNINGS STATEMENT

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.
123 WILLIAM STREET 10TH FLOOR
NEW YORK NY 10038

Period Beginning: 07/07/2018
Period Ending: 07/20/2018
Pay Date: 07/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

DEBORAH R MCHUGH
1 RUMFORD WAY
MECHANICSBURG PA 17050

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 76.0588 | 63.00 | 4,791.70 | 66,323.27 |
| Personal | 76.0588 | 7.00 | 532.41 | 988.76 |
| Sick | | | | 836.65 |
| Vacation | | | | 5,856.52 |
| **Gross Pay** | | | **$5,324.11** | 79,861.71 |

**Net Check**     **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,466.73

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -818.22 | 12,468.06 |
| | Social Security Tax | -313.16 | 4,711.93 |
| | Medicare Tax | -73.24 | 1,101.98 |
| | PA State Income Tax | -153.47 | 2,309.33 |
| | Hampden Twp Income Tax | -79.99 | 1,203.49 |
| | PA SUI/SDI Tax | -3.20 | 47.92 |
| | **Other** | | |
| | Ad&Dee | -1.04 | 15.60 |
| | Ad&Dsp | -0.25 | 2.58 |
| | Dental | -24.98* | 374.70 |
| | Deplifsp | -10.44 | 109.15 |
| | Ecc Cont Campai | -25.00 | 375.00 |
| | Healthcare | -101.92* | 1,528.80 |
| | Ltd | -20.23 | 303.45 |
| | Medical | -198.07* | 2,736.92 |
| | Optlife | -61.72 | 925.80 |
| | Std | -6.69 | 100.35 |
| | 401K Cont | -532.41* | 7,986.15 |
| | **Net Pay** | | **$2,900.08** |
| | Chking | -2,900.08 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 51.84 | 777.60 |
| Basic Er Mch 3% | | 2,395.80 |
| 3% Disc Er Cont | | 2,395.80 |
| Holiday Balance | | 7.00 |
| Personal Balanc | | 7.00 |
| Sick Balance | | 455.00 |
| Vacation Balanc | | 147.18 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-541-7800

© 2000 ADP, LLC

---

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.
123 WILLIAM STREET 10TH FLOOR
NEW YORK NY 10038

Advice number: 00000300231
Pay date: 07/27/2018

Deposited to the account of
DEBORAH R MCHUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx8244 | xxxx xxxx | $2,900.08 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| WI-C | 001050 | 000060 | | 00000320225 | 1 |

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.
123 WILLIAM STREET 10TH FLOOR
NEW YORK NY 10038

# Earnings Statement

Period Beginning: 07/21/2018
Period Ending: 08/03/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

DEBORAH R MCHUGH
1 RUMFORD WAY
MECHANICSBURG PA 17050

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 76.0588 | 63.00 | 4,791.70 | 71,114.97 |
| Flo Hol | 76.0588 | 7.00 | 532.41 | 532.41 |
| Personal | | | | 988.76 |
| Sick | | | | 836.65 |
| Vacation | | | | 5,856.52 |
| Gross Pay | | | $5,324.11 | 85,185.82 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -818.22 | 13,286.28 |
| | Social Security Tax | -313.16 | 5,025.09 |
| | Medicare Tax | -73.24 | 1,175.22 |
| | PA State Income Tax | -153.47 | 2,462.80 |
| | Hampden Twp Income Tax | -79.99 | 1,283.48 |
| | PA SUI/SDI Tax | -3.19 | 51.11 |
| | **Other** | | |
| | Ad&Dee | -1.04 | 16.64 |
| | Ad&Dsp | -0.25 | 2.83 |
| | Dental | -24.98* | 399.68 |
| | Deplifsp | -10.44 | 119.59 |
| | Ecc Cont Campai | -25.00 | 400.00 |
| | Healthcare | -101.92* | 1,630.72 |
| | Ltd | -20.23 | 323.68 |
| | Medical | -198.07* | 2,934.99 |
| | Optlife | -61.72 | 987.52 |
| | Std | -6.69 | 107.04 |
| | 401K Cont | -532.41* | 8,518.56 |
| **Net Pay** | | **$2,900.09** | |

| Other | this period | year to date |
|---|---|---|
| Chking | -2,900.09 | |
| Net Check | | $0.00 |

\* Excluded from federal taxable wages

| Other Benefits and information | this period | total to date |
|---|---|---|
| G.T.L. | 51.84 | 829.44 |
| Basic Er Mch 3% | | 2,555.52 |
| 3% Disc Er Cont | | 2,555.52 |
| Holiday Balance | | 0.00 |
| Personal Balanc | | 7.00 |
| Sick Balance | | 455.00 |
| Vacation Balanc | | 147.18 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-541-7800

© 2000 ADP, LLC

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.
123 WILLIAM STREET 10TH FLOOR
NEW YORK NY 10038

Advice number: 00000320225
Pay date: 08/10/2018

Deposited to the account of
DEBORAH R MCHUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx8244 | xxxx xxxx | $2,900.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| Compensation Detail | Thomas, Thomas, & Hafer LLP | Page |
|---|---|---|
|  | Company (7865) | 1 |

**McHugh, Eugene N**

1 Rumford Way  
Mechanicsburg, PA 17050-4115

| | | |
|---|---|---|
| Id | 4334 | Pay Freq B |
| Status | A | Salary 0.00 (03/23/2007) |
| Loc | 100-1 | Hire 04/08/91 |

Fed Tax Status -0  
State Tax Status -0  
SUI State

| Check Date | Hours | | | Earnings | | | | Taxes | | | | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | OT | Other | Reg | OT | Other | Gross | FITW | FICA | State | Other | | |
| **Reporting Year: 2018** | | | | | | | | | | | | | |
| 01/12/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 01/26/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 02/09/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 02/23/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 03/09/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 03/23/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 1st Qtr 18 | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **22,425.42** |
| | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **-22,425.42** | |
| 04/06/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 04/20/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 05/04/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 05/18/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 06/01/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 06/15/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 06/29/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 2nd Qtr 18 | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **26,162.99** |
| | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **-26,162.99** | |
| 07/13/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 07/27/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 08/10/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 08/24/2018 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,737.57 | 3,737.57 |
| 3rd Qtr 18 | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **14,950.28** |
| | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **-14,950.28** | |
| **Totals** | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **63,538.69** |
| | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | | **-63,538.69** | |

Paytime  
Right on the Money  
MPL_1001 (12/15/2011) © 2000-2011 MPAY

Run Date: 08/23/18  Run Time: 12:02 PM  Employee  McHugh

Case 1:18-bk-03700-RNO   Doc 23   Filed 10/17/18   Entered 10/17/18 10:54:23   Desc  
Main Document   Page 4 of 4