```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-03700-RNO
Eugene N McHugh                                                         Chapter 13
Deborah R. McHugh
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 2               Date Rcvd: Nov 05, 2018
                              Form ID: ntcnfhrg          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db/jdb         +Eugene N McHugh,    Deborah R. McHugh,    1 Rumford Way,   Mechanicsburg, PA 17050-4115
5103659        +AMEX,   200 Vesey Street.,    New York, New York 10285-1000
5110498         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5103660       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANKAMERICA,     ACCT#,   PO BOX 982238,    EL PASO, Texas 79998)
5103661        +BARCLAYS BANK DELAWARE,    100 West St,   Wilmington, Delaware 19801-5015
5123083        +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
5103673        +Bureau of Employer Tax Operations,    PO Box 68568,   Harrisburg, PA 17106-8568
5103663        +CBNA,   701 EAST 60TH STREET,    SIOUX FALLS, South Dakota 57104-0432
5103664        +CHASE CARD,   P.O. Box 15298,    Wilmington, Delaware 19850-5298
5103665        +CITI,   POB 6241,   SIOUX FALLS, South Dakota 57117-6241
5103666         ComenityBK/TotalVS's,    PO Box 182273,   Columbus, OH 43218-2273
5103668        +FNB OMAHA,   P.O. Box 2557,    Omaha, Nebraska 68103-2557
5112906        +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
5118743        +M&T Bank,   P.O. Box 1508,   Buffalo, NY 14240-1508
5103670         NAVIENT,   P.O. Box 740351,   Atlanta, Georgia 30374-0351
5103675        +Office of Attorney General,    Financial Enforcement,   Section, Stra,
                 Harrisburg, PA 17120-0001
5103671        +TD BANK USA/TARGETCRED,    3901 West 53rd Street.,   Sioux Falls, South Dakota 57106-4221
5103676        +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5126835       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,   St. Louis MO 63166-0108)
5103678         United States Attorney,    PO Box 11754,   Harrisburg, PA 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 05 2018 19:21:01
                 BMW Bank of North America, c/o AIS Portfolio Servi,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5103658         E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 05 2018 19:13:15      American Honda Finance,
                 20800 Madrona Avenue,    Torrance, California 90503
5108838         E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 05 2018 19:13:15
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
5105072        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 05 2018 19:21:33
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5121257         E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 05 2018 19:21:03
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
5103662        +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 05 2018 19:21:03      BMW Financial Services,
                 5550 Britton Pkwy,    Hilliard, OH 43026-7456
5103667        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2018 19:13:04      COMENITYCB/BOSCOV,
                 P.O.l Box 182273,    Columbus, Ohio 43218-2273
5110572         E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5115377        +E-mail/Text: dplbk@discover.com Nov 05 2018 19:13:23      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
5103674         E-mail/Text: cio.bncmail@irs.gov Nov 05 2018 19:12:56      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5103669         E-mail/Text: camanagement@mtb.com Nov 05 2018 19:13:02      M & T BANK,   P.O. Box 1288,
                 Buffalo, New York 14240-1288
5103677         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2018 19:13:07      PA Department of Revenue,
                 Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5104060        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2018 19:21:34
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Discover Personal Loans,    PO Box 30954,   Salt Lake City, UT 84130-0954
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5117585*        American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
5117588*        American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
5103672*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US BANK,    425 Walnut Street,   Cincinnati, Ohio 45202)
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene N McHugh,

**Debtor 1**

Deborah R. McHugh,

**Debtor 2**

Chapter 13

Case No. 1:18−bk−03700−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **January 9, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 16, 2019<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 5, 2018 |

ntcnfhrg (03/18)