UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 1:18-bk-03700-RNO |
| EUGENE N. McHUGH AND ) | |
| DEBORAH R. McHUGH, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EUGENE N. McHUGH AND ) | |
| DEBORAH R. McHUGH, ) | |
| ) | |
| Movants. ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN EXPRESS NATIONAL ) | |
| BANK, ) | |
| ) | |
| Respondent. ) | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter the appearance of Craig J. Staudenmaier, Esquire and Thea A. Paolini, Esquire, of Nauman, Smith, Shissler & Hall, LLP, on behalf of American Express National Bank, in the above-referenced proceeding.

1

Respectfully submitted,

By: */s/ Thea A. Paolini*
  Craig J. Staudenmaier, PA Bar ID 34996
  Thea A. Paolini, PA Bar ID 320876
  NAUMAN, SMITH, SHISSLER & HALL, LLP
  P.O. Box 840
  Harrisburg, PA 17108-0840
  Telephone: (717) 236-3010
  Facsimile: (717) 234-1925
  *Local Counsel for American Express National Bank*

2

Case 1:18-bk-03700-RNO    Doc 59    Filed 01/30/19    Entered 01/30/19 10:42:17    Desc
Main Document    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 1:18-bk-03700-RNO |
| EUGENE N. McHUGH AND | ) | |
| DEBORAH R. McHUGH, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | |
| EUGENE N. McHUGH AND | ) | |
| DEBORAH R. McHUGH, | ) | |
| | ) | |
| Movants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN EXPRESS NATIONAL BANK, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 30th day of January 2019, I served or caused to be served, true and correct copies of the ENTRY OF APPEARANCE upon the following parties:

John Matthew Hyams, Esquire
2023 N. 2nd Street
Harrisburg, PA 17102
jmh@johnhyamslaw.com

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036

3

By: */s/ Thea A. Paolini*
Craig J. Staudenmaier, PA Bar ID 34996
Thea A. Paolini, PA Bar ID 320876
NAUMAN, SMITH, SHISSLER & HALL, LLP
P.O. Box 840
Harrisburg, PA 17108-0840
Telephone: (717) 236-3010
Facsimile: (717) 234-1925
*Local Counsel for American Express National Bank*