UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

In Re:

Eugene N McHugh and
Deborah R McHugh,                           CHAPTER 13

                                            BANKRUPTCY NO. 1:18-BK-03700-RNO
                    DEBTORS.

_____

# ORDER

**AND NOW**, this      day of                , 2019, upon motion of HILTON RESORTS CORPORATION, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Real Property Commonly known as the Timeshare Interest located at 2650 Las Vegas Blvd., South, Las Vegas, NV 89109 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

ORDERED AND DECREED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtor's interest in the Timeshare Property (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

FURTHER ORDERED THAT, Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is

FURTHER ORDERED THAT, the relief granted by this Order shall be effective immediately and shall not be subject to the 14 day period set forth in Bankruptcy 4001(a)(3).

_____<br>
**ROBER N. OPEL, II  UNITED STATES**<br>
**BANKRUPTCY JUDGE**

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
150 S Independence Mall West Suite 1050
Philadelphia, PA 19106

Eugene N McHugh
1 Rumford Way
Mechanicsburg, PA 17050

Deborah R. McHugh
1 Rumford Way
Mechanicsburg, PA 17050

John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Synchrony Bank
c/o PRA Receivable Management, LLC
PO Box 41021
Norfolk, VA 23541

BMW Bank of North America Department
AIS Portfolio Services, LP
Account: xxxxxx2734
4515 N Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118