# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eugene N. McHugh and Deborah R. McHugh<br>   Debtors | : | CASE NO: 1:18-bk-03700-HWV |
| Eugene N. McHugh and Deborah R. McHugh<br>   Objectors | : | OBJECTION TO CLAIM NO. 11 |
| v. | : | |
| Bank of America, N.A.<br>   Creditor | : | |

## AMENDED ORDER

Upon and in consideration of Debtors' Objection to Proof of Claim Number 11, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 11 is hereby denied in the entirety.