```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 18-03700-RNO
Eugene N McHugh                                           Chapter 13
Deborah R. McHugh
        Debtors                 **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Feb 12, 2019
                            Form ID: nthrgreq       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2019.
5117588          American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Douglas Marc Leavitt   on behalf of Creditor   Hilton Resorts Corporation LEAVITT@DS-L.COM,
           Filing@DS-L.COM
          First National Bank of Omaha   ncraft@fnni.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Joann  Needleman   on behalf of Creditor   First National Bank of Omaha jneedleman@clarkhill.com,
           jmmotz@clarkhill.com
          John Matthew Hyams   on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          John Matthew Hyams   on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          Martin A Mooney   on behalf of Creditor   LVNV Funding, LLC its successors and assigns as
           assignee of Citibank, N.A. ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          TD Bank USA, N.A.   bncmail@w-legal.com
          Thea Alicia Paolini   on behalf of Creditor   American Express National Bank tpaolini@nssh.com,
           klgagne@nssh.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Quantum 3 Group LLC ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                        TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene N McHugh

**Debtor 1**

Deborah R. McHugh

**Debtor 2**

**Debtor(s)**


Eugene N. McHugh
and Deborah R. McHugh
**Movant(s)**

vs.

American Express National Bank
c/o Becket and Lee LLP
**Respondent(s)**

Chapter: 13

Case number: 1:18−bk−03700−RNO

Document Number: 43

Matter: Objection to Proof of Claim #8

| **Notice** |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on September 4, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
| --- | --- |
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: March 7, 2019**<br><br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2019 |

nthrgreq(05/18)