In re:  
Eugene N McHugh  
Deborah R. McHugh  
    Debtors

Case No. 18-03700-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Feb 12, 2019  
                       Form ID: nthrgreq     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5127728         E-mail/Text: bnc-quantum@quantum3group.com Feb 12 2019 19:01:46  
           Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788  
                                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2019 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         Douglas Marc Leavitt    on behalf of Creditor    Hilton Resorts Corporation LEAVITT@DS-L.COM,  
          Filing@DS-L.COM  
         First National Bank of Omaha    ncraft@fnni.com  
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         Joann Needleman    on behalf of Creditor    First National Bank of Omaha jneedleman@clarkhill.com,  
          jmmotz@clarkhill.com  
         John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,  
          acb@johnhyamslaw.com,kef@johnhyamslaw.com  
         John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,  
          acb@johnhyamslaw.com,kef@johnhyamslaw.com  
         Martin A Mooney    on behalf of Creditor    LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A. ahight@schillerknapp.com,  
          kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com  
         TD Bank USA, N.A.    bncmail@w-legal.com  
         Thea Alicia Paolini    on behalf of Creditor    American Express National Bank tpaolini@nssh.com,  
          klgagne@nssh.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
         William E. Craig    on behalf of Creditor    Quantum 3 Group LLC ecfmail@mortoncraig.com,  
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                          TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene N McHugh

**Debtor 1**

Deborah R. McHugh

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:18−bk−03700−RNO

Document Number: 48

Matter: Objection to Claim 15

Eugene N. McHugh
and Deborah R. McHugh
**Movant(s)**

vs.

Quantum 3 Group LLC as agent for Comenity Capital Bank
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 4, 2018.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 7, 2019 Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2019

nthrgreq(05/18)