In re:  
Eugene N McHugh  
Deborah R. McHugh  
    Debtors

Case No. 18-03700-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: Feb 12, 2019  
                    Form ID: nthrgreq    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5128490        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2019 19:09:32  
       LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,  
       Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587  
                                                                                                                                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2019 at the address(es) listed below:

       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
       Douglas Marc Leavitt    on behalf of Creditor    Hilton Resorts Corporation LEAVITT@DS-L.COM,  
        Filing@DS-L.COM  
       First National Bank of Omaha    ncraft@fnni.com  
       James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
       Joann Needleman    on behalf of Creditor    First National Bank of Omaha jneedleman@clarkhill.com,  
        jmmotz@clarkhill.com  
       John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,  
        acb@johnhyamslaw.com,kef@johnhyamslaw.com  
       John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,  
        acb@johnhyamslaw.com,kef@johnhyamslaw.com  
       Martin A Mooney    on behalf of Creditor    LVNV Funding, LLC its successors and assigns as  
        assignee of Citibank, N.A. ahight@schillerknapp.com,  
        kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com  
       TD Bank USA, N.A.    bncmail@w-legal.com  
       Thea Alicia Paolini    on behalf of Creditor    American Express National Bank tpaolini@nssh.com,  
        klgagne@nssh.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
       William E. Craig    on behalf of Creditor    Quantum 3 Group LLC ecfmail@mortoncraig.com,  
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                                                                                                                                                                                  TOTAL: 12

|  | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Eugene N McHugh

**Debtor 1**

Deborah R. McHugh

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:18−bk−03700−RNO

Document Number: 51

Matter: Objection to Claim 18

Eugene N. McHugh
and Deborah R. McHugh
**Movant(s)**

vs.

LVNV Funding, LLC successors and
assignee of Citibank, N.A.
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 4, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: March 7, 2019**<br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2019 |

nthrgreq(05/18)