```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                  Case No. 18-03700-RNO
Eugene N McHugh                                         Chapter 13
Deborah R. McHugh
        Debtors                 **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: REshelman        Page 1 of 1          Date Rcvd: Feb 13, 2019
                             Form ID: pdf010         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5128204          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2019 19:10:55
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                        TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         Douglas Marc Leavitt   on behalf of Creditor   Hilton Resorts Corporation LEAVITT@DS-L.COM,
          Filing@DS-L.COM
         First National Bank of Omaha    ncraft@fnni.com
         James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
         Joann  Needleman   on behalf of Creditor   First National Bank of Omaha jneedleman@clarkhill.com,
          jmmotz@clarkhill.com
         John Matthew Hyams   on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
          acb@johnhyamslaw.com,kef@johnhyamslaw.com
         John Matthew Hyams   on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
          acb@johnhyamslaw.com,kef@johnhyamslaw.com
         Martin A Mooney   on behalf of Creditor   LVNV Funding, LLC its successors and assigns as
          assignee of Citibank, N.A. ahight@schillerknapp.com,
          kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
         TD Bank USA, N.A.    bncmail@w-legal.com
         Thea Alicia Paolini   on behalf of Creditor   American Express National Bank tpaolini@nssh.com,
          klgagne@nssh.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig   on behalf of Creditor   Quantum 3 Group LLC ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Eugene N. McHugh | : | |
| and Deborah R. McHugh | : | |
|     Debtors | : | |
| | : | CASE NO: 1:18-bk-03700-RNO |
| | : | |
| | : | |
| | : | |
| Eugene N. McHugh | : | |
| and Deborah R. McHugh | : | |
|     Objectors | : | OBJECTION TO CLAIM NO. 17 |
| | : | |
|     v. | : | |
| | : | |
| Portfolio Recovery Associates, LLC | : | |
|     Creditor | : | |

### ORDER

Upon and in consideration of Debtors' Objection to Proof of Claim Number 17, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 17 is hereby denied in the entirety.

Dated: February 13, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)