```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                    Case No. 18-03700-RNO
Eugene N McHugh                                           Chapter 13
Deborah R. McHugh
       Debtors              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman      Page 1 of 1          Date Rcvd: Feb 13, 2019
                             Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5128204          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2019 19:10:10
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                        Signature:   /s/Joseph Speetjens

_____

                   **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Douglas Marc Leavitt   on behalf of Creditor   Hilton Resorts Corporation LEAVITT@DS-L.COM,
           Filing@DS-L.COM
          First National Bank of Omaha    ncraft@fnni.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Joann  Needleman   on behalf of Creditor   First National Bank of Omaha jneedleman@clarkhill.com,
           jmmotz@clarkhill.com
          John Matthew Hyams   on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          John Matthew Hyams   on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          Martin A Mooney   on behalf of Creditor   LVNV Funding, LLC its successors and assigns as
           assignee of Citibank, N.A. ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          TD Bank USA, N.A.   bncmail@w-legal.com
          Thea Alicia Paolini   on behalf of Creditor   American Express National Bank tpaolini@nssh.com,
           klgagne@nssh.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Quantum 3 Group LLC ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 12
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :       CHAPTER 13
                                          :
Eugene N. McHugh                          :
and Deborah R. McHugh                     :
    Debtors           :
                                          :       CASE NO: 1:18-bk-03700-RNO
                                          :
                                          :
                                          :
Eugene N. McHugh                          :
and Deborah R. McHugh                     :
    Objectors         :       OBJECTION TO CLAIM NO. 22
                                          :
    v.                :
                                          :
Portfolio Recovery Associates, LLC        :
    Creditor          :

## ORDER

Upon and in consideration of Debtors' Objection to Proof of Claim Number 22, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 22 is hereby denied in the entirety.

Dated:   February 13, 2019                  By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)