```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-03700-RNO
Eugene N McHugh                                                 Chapter 13
Deborah R. McHugh
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman         Page 1 of 1         Date Rcvd: Feb 13, 2019
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5128204         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2019 19:10:54
          Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Douglas Marc Leavitt    on behalf of Creditor   Hilton Resorts Corporation LEAVITT@DS-L.COM,
           Filing@DS-L.COM
          First National Bank of Omaha    ncraft@fnni.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joann   Needleman    on behalf of Creditor    First National Bank of Omaha jneedleman@clarkhill.com,
           jmmotz@clarkhill.com
          John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          Martin A Mooney    on behalf of Creditor    LVNV Funding, LLC its successors and assigns as
           assignee of Citibank, N.A. ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          TD Bank USA, N.A.    bncmail@w-legal.com
          Thea Alicia Paolini    on behalf of Creditor    American Express National Bank tpaolini@nssh.com,
           klgagne@nssh.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Quantum 3 Group LLC ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eugene N. McHugh and Deborah R. McHugh Debtors | : | CASE NO: 1:18-bk-03700-RNO |
| Eugene N. McHugh and Deborah R. McHugh Objectors | : | OBJECTION TO CLAIM NO. 23 |
| v. | : | |
| Portfolio Recovery Associates, LLC Creditor | : | |

**ORDER**

Upon and in consideration of Debtors' Objection to Proof of Claim Number 23, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 23 is hereby denied in the entirety.

Dated: February 13, 2019        By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)