In re:  
Eugene N McHugh  
Deborah R. McHugh  
     Debtors

Case No. 18-03700-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Feb 13, 2019  
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.  
5130082        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,  
              Kirkland, WA 98083-0657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        Douglas Marc Leavitt    on behalf of Creditor    Hilton Resorts Corporation LEAVITT@DS-L.COM, Filing@DS-L.COM  
        First National Bank of Omaha    ncraft@fnni.com  
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Joann Needleman    on behalf of Creditor    First National Bank of Omaha jneedleman@clarkhill.com, jmmotz@clarkhill.com  
        John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com, acb@johnhyamslaw.com,kef@johnhyamslaw.com  
        John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com, acb@johnhyamslaw.com,kef@johnhyamslaw.com  
        Martin A Mooney    on behalf of Creditor    LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A. ahight@schillerknapp.com, kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com  
        TD Bank USA, N.A.    bncmail@w-legal.com  
        Thea Alicia Paolini    on behalf of Creditor    American Express National Bank tpaolini@nssh.com, klgagne@nssh.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        William E. Craig    on behalf of Creditor    Quantum 3 Group LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                       TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eugene N. McHugh and Deborah R. McHugh <br> Debtors | : | CASE NO: 1:18-bk-03700-RNO |
| Eugene N. McHugh and Deborah R. McHugh <br> Objectors | : | OBJECTION TO CLAIM NO. 25 |
| v. | : | |
| Department Stores National Bank c/o Quantum3 Group LLC <br> Creditor | : | |

**ORDER**

Upon and in consideration of Debtors' Objection to Proof of Claim Number 25, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 25 is hereby denied in the entirety.

Dated: February 13, 2019

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)