```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03700-HWV
Eugene N McHugh                                                     Chapter 13
Deborah R. McHugh
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Feb 14, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5115377        +E-mail/Text: dplbk@discover.com Feb 14 2019 19:21:41      Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Douglas Marc Leavitt    on behalf of Creditor    Hilton Resorts Corporation LEAVITT@DS-L.COM,
               Filing@DS-L.COM
              First National Bank of Omaha    ncraft@fnni.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joann  Needleman     on behalf of Creditor    First National Bank of Omaha jneedleman@clarkhill.com,
               jmmotz@clarkhill.com
              John Matthew Hyams     on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              John Matthew Hyams     on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Martin A Mooney     on behalf of Creditor    LVNV Funding, LLC its successors and assigns as
               assignee of Citibank, N.A. ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              TD Bank USA, N.A.    bncmail@w-legal.com
              Thea Alicia Paolini    on behalf of Creditor    American Express National Bank tpaolini@nssh.com,
               klgagne@nssh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Quantum 3 Group LLC ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Eugene N. McHugh | : | |
| and Deborah R. McHugh | : | |
|     Debtors | : | |
| | : | CASE NO: 1:18-bk-03700-RNO |
| | : | |
| Eugene N. McHugh | : | |
| and Deborah R. McHugh | : | |
|     Objectors | : | OBJECTION TO CLAIM NO. 6 |
| | : | |
|     v. | : | |
| | : | |
| Discover Personal Loans | : | |
|     Creditor | : | |

**ORDER**

Upon consideration of Debtors' Objection to Proof of Claim Number 6, it is hereby:

**ORDERED** that the Debtors' Objection is dismissed as moot as Claim Number 6 has been withdrawn.

Dated: February 13, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)