```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03700-HWV
Eugene N McHugh                                                 Chapter 13
Deborah R. McHugh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: REshelman            Page 1 of 1            Date Rcvd: Feb 15, 2019
                                Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5105072        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 15 2019 19:14:14
                 BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5104060        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2019 19:14:14
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Douglas Marc Leavitt    on behalf of Creditor    Hilton Resorts Corporation LEAVITT@DS-L.COM,
               Filing@DS-L.COM
              First National Bank of Omaha    ncraft@fnni.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joann   Needleman    on behalf of Creditor    First National Bank of Omaha jneedleman@clarkhill.com,
               jmmotz@clarkhill.com
              John Matthew Hyams    on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Eugene N McHugh jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Martin A Mooney    on behalf of Creditor    LVNV Funding, LLC its successors and assigns as
               assignee of Citibank, N.A. ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              TD Bank USA, N.A.    bncmail@w-legal.com
              Thea Alicia Paolini    on behalf of Creditor    American Express National Bank tpaolini@nssh.com,
               klgagne@nssh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Quantum 3 Group LLC ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Eugene N McHugh and | : | |
| Deborah R McHugh, | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | BANKRUPTCY NO. 1:18-BK-03700-HWV |
| DEBTORS. | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, upon motion of HILTON RESORTS CORPORATION, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Real Property Commonly known as the Timeshare Interest located at 2650 Las Vegas Blvd., South, Las Vegas, NV 89109 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

ORDERED AND DECREED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtor's interest in the Timeshare Property (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

FURTHER ORDERED THAT, Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is

FURTHER ORDERED THAT, the relief granted by this Order shall be effective immediately and shall not be subject to the 14 day period set forth in Bankruptcy 4001(a)(3).

Dated: February 14, 2019

By the Court,

Henry W. Van Eck, Bankruptcy Judge (JH)