Certificate Number: 06531-PAM-DE-037355980

Bankruptcy Case Number: 18-03700



06531-PAM-DE-037355980

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2023, at 11:14 o'clock AM CDT, Deborah R McHugh completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 18, 2023

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor