Fill in this information to identify the case:

Debtor 1     Deborah R. McHugh

Debtor 2     Eugene N. McHugh
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number    18-03700 HWV

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** M&T Bank

**Court claim no. (if known):** 26-1

**Last 4 digits** of any number you use to identify the debtor's account: 9723

**Property address:**
1 Rumford Way
Mechanicsburg, PA 17050

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    Loan was paid in full in March 2021.

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)  $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $ _____
c. **Total.** Add lines a and b.    (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                Response to Notice of Final Cure Payment                page 1

Case 1:18-bk-03700-HWV    Doc 145    Filed 05/31/23    Entered 05/31/23 14:26:23    Desc
Document ID: 8dadc5dcc4cb9bf501bba3df0848522e6003d2499d21a24abb5904afb14ce969
Main Document    Page 1 of 3

| Debtor(s) | Deborah R. McHugh and Eugene N. McHugh | Case Number (if known): 18-03700 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*
Michael Farrington
31 May 2023, 11:30:22, EDT

Date  05/31/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R  Response to Notice of Final Cure Payment  page 2

Case 1:18-bk-03700-HWV  Doc 145  Filed 05/31/23  Entered 05/31/23 14:26:23  Desc
Document ID: 8dadc5dcc4cb9bf501bba3df0848522e6003d2499d21a24abb5904afb14ce969
Main Document  Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugene N. McHugh<br>Deborah R. McHugh<br>　　　　　　　　Debtor(s) | BK NO. 18-03700 HWV<br><br>Chapter 13 |
| M&T Bank<br>　　　　　　　　Movant<br>　　vs.<br>Eugene N. McHugh<br>Deborah R. McHugh<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　Trustee | Related to Claim No. No. 26-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 31, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Eugene N. McHugh
1 Rumford Way
Mechanicsburg, PA 17050

Deborah R. McHugh
1 Rumford Way
Mechanicsburg, PA 17050

Attorney for Debtor(s) (via ECF)
John Matthew Hyams, Esq.
Law Offices of John M. Hyams
2023 N 2nd Street
Hershey, PA 17033

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: May 31, 2023

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com