United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03700-HWV |
| Eugene N McHugh | Chapter 13 |
| Deborah R. McHugh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke    Page 1 of 2
Date Rcvd: Jul 11, 2023    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene N McHugh, Deborah R. McHugh, 1 Rumford Way, Mechanicsburg, PA 17050-4115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Marc Leavitt | on behalf of Creditor Hilton Resorts Corporation LEAVITT@DS-L.COM Filing@DS-L.COM |
| First National Bank of Omaha | ncraft@fnni.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Joann Needleman | on behalf of Creditor First National Bank of Omaha jneedleman@clarkhill.com jmmotz@clarkhill.com |
| John Matthew Hyams | on behalf of Debtor 2 Deborah R. McHugh jmh@johnhyamslaw.com |

| | |
|---|---|
| John Matthew Hyams | acb@johnnyamslaw.com;ras@johnnyamslaw.com;dlh@johnnyamslaw.com on behalf of Debtor 1 Eugene N McHugh jmh@johnnyamslaw.com acb@johnnyamslaw.com;ras@johnnyamslaw.com;dlh@johnnyamslaw.com |
| Lisa Cancanon | on behalf of Creditor TD Bank USA N.A. Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu |
| Martin A Mooney | on behalf of Creditor LVNV Funding LLC its successors and assigns as assignee of Citibank, N.A. Martin.Mooney@ag.ny.gov, lgadomski@schillerknapp.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| TD Bank USA, N.A. | bncmail@w-legal.com |
| Thea Alicia Paolini | on behalf of Creditor American Express National Bank tpaolini@nssh.com klgagne@nssh.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Quantum 3 Group LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Eugene N McHugh,<br>**Debtor 1**<br>Deborah R. McHugh,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18−bk−03700−HWV |

Social Security No.:

xxx−xx−2709    xxx−xx−5106

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 11, 2023

**fnldec** (01/22)